■ In the Matter of HERBERT THOMAS, Appellant, v ELLEN BORAKOVE et al., Respondents. [652 NYS2d 518] —Appeal from or-

der, Supreme Court, New York County (Kristin Booth Glen, J.), entered March 20, 1995, which denied petitioner's motion to renew or reargue an order, same court and Justice, dismissing a CPLR article 78 proceeding that challenged respondent Medical Examiner's denial of petitioner's Freedom of Information Law request for autopsy reports, unanimously dismissed as taken from a nonappealable order, without costs.

The motion to renew or reargue which was based on an intervening decision of a court of coordinate jurisdiction, not new or additional facts, was properly treated by the IAS Court as one for reargument (*cf., Matter of Huie,* 20 NY2d 568, 572), denial of which is nonappealable (*Matter of Medina v Brown,* 213 AD2d 195). Concur—Milonas, J. P., Rosenberger, Rubin, Williams and Andrias, JJ.